UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSE RABB,

    Plaintiff,

v.                 Case No: 6:18-cv-300-Orl-40TBS

WHOLE FOODS MARKET GROUP,
INC.,

    Defendant.
_____/

## ORDER

  This cause is before the Court on the parties' Amended Joint Motion for Approval of Settlement Agreement (Doc. 15) filed on June 28, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

  After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

  Therefore, it is **ORDERED** as follows:

  1. The Report and Recommendation filed July 3, 2018 (Doc. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2. The Court **FINDS** that paragraph six of the settlement agreement (15-1), which is the confidentiality provision, is **MOOT, UNENFORCEABLE**, and **violates public policy**. Paragraph six is therefore **SEVERED** and **DELETED** from the agreement.

  3. The Court **APPROVES** the parties' settlement agreement as limited herein.

4. The Amended Joint Motion for Approval of Settlement Agreement (Doc. 15) is **GRANTED**.

5. The case is **DISMISSED with prejudice**.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 18, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties